IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NICHOLAS J. ANDERSON,

        Defendant.

SPECIAL VERDICT

13-cr-96-wmc

---

Pursuant to the parties' stipulated facts (dkt. #30), including the attached, sealed psychiatric evaluation report of Dr. Kenneth I. Robbins, as well as representations of the defendant and counsel during today's trial to the bench, the court finds as follows:

(1) the defendant Nicholas Anderson not guilty only by reason of insanity of counts one through three of the indictment (dkt. #1); and

(2) the defendant has failed to meet his burden of proving by clear and convincing evidence that his release would not create a risk of create a substantial risk of bodily injury to or serious damage of property of another person due to a present mental disease or defect.

Entered this 30th day of December, 2014.

BY THE COURT:

/s/ William M. Conley

WILLIAM M. CONLEY
District Judge

1