IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

           Plaintiff,

   v.

NICHOLAS J. ANDERSON,

           Defendant.

ORDER OF JUDGMENT

13-cr-96-wmc

---

Pursuant to the court's special verdict entered today (dkt. #36), finding that the defendant is not guilty only by reason of insanity pursuant to 18 USC 4242(b)(3), and failure to find that the defendant's release would not create a substantial risk of bodily injury to or serious damage of property of another person pursuant to 18 USC 4243(d) and (e), IT IS ORDERED that the defendant is COMMITTED to the custody of the Attorney General for evaluation pursuant to 18 USC 4243(f).

Entered this 30th day of December, 2014.

                      BY THE COURT:

                      WILLIAM M. CONLEY
                      District Judge